UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EIGHTEEN THOUSAND DOLLARS
($18,000.00) IN U.S. CURRENCY
SEIZED FROM BANK OF AMERICA
ACCOUNT NO. 898084986925,

        Defendant *in rem*.

Case No. 21-cv-11869
Honorable Robert H. Cleland

---

## Default Judgment and Final Order of Forfeiture

---

This matter came before the Court on Plaintiff United States of America's ("United States") Motion for Entry of Default Judgment Against all Interested Parties and Final Order of Forfeiture of the Defendant *in rem*. The Court has reviewed the Motion and the record in this case and being fully aware of the issues, Orders as follows:

**IT IS ORDERED** that the United States' Motion for Entry of Default Judgment Against All Interested Parties and Final Order of Forfeiture of the Defendant *in rem* is **GRANTED** and Default Judgment is **ENTERED** in favor of the United States.

**IT IS FURTHER ORDERED** that the Defendant *in rem,* which consists of Eighteen Thousand Dollars ($18,000.00) in U.S. Currency Seized From Bank Of America Account No. 898084986925 is **FORFEITED** to the United States under 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C), 18 U.S.C. § 984, 21 U.S.C. § 881(a)(6) and 31 U.S.C. § 5317(c) and a Final Order of Forfeiture as to the Defendant *in rem* is **GRANTED** and **ENTERED**. Any right, title, or ownership interest of Miguel Noriega, and of all other interested parties, or their successors and assigns, in the Defendant *in rem*, is forever **EXTINGUISHED** and clear title to the Defendant *in rem* is **VESTED** in the United States.

The Department of Homeland Security, Homeland Security Investigations, or its designee, is **AUTHORIZED** to dispose of the Defendant *in rem* according to law.

Dated: June 2, 2022        _s/Robert H. Cleland_
                                          Honorable Robert H. Cleland
                                          United States District Judge